FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 11  PM 3: 54

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA, EX REL.,**
**LISA A. ROBINSON-WHITE**
**PLAINTIFF**

**VERSUS**

**GENZYME GENETICS, INC.,**
**DEFENDANT**

**CIVIL ACTION**

**NO. 01-1783**

**SECTION T MAG. 4**

**MAGISTRATE**

## COMPLAINT FOR MONEY DAMAGES AND CIVIL PENALTIES
## UNDER THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3729-33

Lisa A. Robinson-White, relator, by and through undersigned counsel, comes before this Honorable Court on behalf of herself and the United States of America, its departments and agencies, including the Department of Health & Human Services, bringing this action against Defendant, Genzyme Genetics, Inc, (hereinafter referred to as "Genzyme") for money damages and civil penalties arising out of defendant's violations of the False Claims Act, 31 U.S.C. §§ 3729 et seq., as amended (the "FCA"). The false claims and statements at issue involve claims for payments billed under Medicare and Medicaid as described hereinafter with particularity.

## THE PARTIES

1.

Plaintiff, the United States of America ("government"), by and through its Department of Health and Human Services ("DHHS"), particularly the Health Care Financing Administration

1



Fee 150.00
Process
X Dkts
CtRmDep
Doc.No.

("HCFA") within DHHS, has the responsibility, among others, to administer the Medicare program, Title XVIII of the Social Security Act, 42 U.S.C. § 1395 et seq. and Medicaid program, Title XIX of the Social Security Act, 42 U.S.C. § 1396 et seq.

2.

Relator, Lisa A. Robinson-White (hereinafter referred to as "White") is a citizen of the United States and a resident of the State of Louisiana. White is and has been a laboratory manager at medical laboratories throughout the New Orleans metropolitan area. In this capacity, White has ordered genetic testing be performed by Genzyme. White has knowledge of Genzyme's practice of submitting false statements and claims that, upon information and belief, defendant submitted, or caused to be submitted, to the government as alleged herein. White is the original source of relevant information upon which this action is based within the meaning of 31 U.S.C. § 3730(e) (4) (B) and has standing to bring this action pursuant to 31 U.S.C. § 3730 (b). Relevant information has been supplied by the relator to the government prior to and/or concurrent with the filing of this complaint.

3.

Defendant, Genzyme is a Delaware corporation and is authorized to and/or does conduct business within the State of Louisiana. Defendant, Genzyme is one of the nation's largest providers of genetic laboratory services. Genzyme provides services to beneficiaries under the Medicaid, Medicare, and other government health programs and receives payment from the government for performing such services.

## JURISDICTION AND VENUE

### 4.

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1367 and 31 U.S.C. §§ 3729-33, the latter of which specifically confers jurisdiction on this Court for actions brought pursuant to §§ 3729 and 3730 of Title 31.

### 5.

This Court has personal jurisdiction over the parties because White resides, and Genzyme does business, within the Eastern District of Louisiana.

### 6.

Venue in the Eastern District of Louisiana is appropriate under 31 U.S.C. § 3732(a) in that defendant, Genzyme conducts business within this district and Genzyme's illegal conduct has occurred, upon information and belief, among other places, within the Eastern District of Louisiana, including the submission of a portion of Genzyme's false claims to Medicare and Medicaid. Venue in the Eastern District of Louisiana is also appropriate because, upon information and belief, a substantial part of the witnesses, documents, patient charts, and other information supporting the allegations in this complaint regarding Genzyme's illegal conduct are located, in part, in the Eastern District of Louisiana.

### 7.

The illegal conduct of Genzyme alleged herein, upon information and belief, took place beginning in 1996 and has continued up until the present.

3

## BACKGROUND

8.

The Medicare Program is a health insurance program funded by taxpayers that provides certain health care benefits to particular individuals including those persons over the age 65, disabled individuals or those suffering from disease. The Medicare Program is divided into two distant parts. Part A addresses payments to hospitals and other health care institutions while Part B concerns payments to physicians and other outpatient suppliers such as vendors of laboratory services. Medicare Part A claims are made for payment of Medicare covered inpatient services. Medicare Part B claims are made for payment of Medicare covered outpatient services.

9.

Medicare is administered by private insurers under contract to the federal government. Under Medicare Part A, these private insurers serve as "fiscal intermediaries," administering the Medicare program in accordance with rules developed by the Health Care Financing Administration ("HCFA"). Under Medicare Part B, the government contracts with private insurance companies and other organizations known as "carriers" to handle payment for physicians' services in specific geographic areas. Intermediaries and carriers are required to make and audit payments for services to ensure that funds disbursed under the Medicare Program are authorized and proper.

10.

The Medicaid Program is a health assistance program funded by taxpayers which finances healthcare for low-income and medically needy individuals. Medicaid claims are made for payment of Medicaid covered outpatient services such as genetic testing.

4

11.

Health care providers make a series of factual representations to the Medicare and Medicaid (collectively sometimes referred to herein as "the government healthcare programs") in order to obtain payment of claims.

12.

When submitting a claim to the Medicare or other government healthcare program, providers must utilize the American Medical Association's Physician's Current Procedural Terminology ("CPT") identifying codes for reporting medical services and procedures for billing purposes. The complete list of CPT codes are published at least annually by the American Medical Association. Under the CPT system, each medical service and procedure is identified by a descriptor (the name of the service or procedure) and its specifically assigned five-digit identifying code number. The fee schedules of government and private health insurance programs follow CPT coding and assign a maximum allowable payment of reimbursement amount for each service and procedure identified in the CPT. Laboratory service providers such as Genzyme use CPT descriptors and codes to report and bill their services for payment and reimbursement.

13.

Pursuant to applicable policies and regulations, Medicare and the other government health programs will only pay for services that are actually performed. In addition, the applicable policies and regulations preclude the billing of services which are not furnished as billed.

14.

During October of 2000, White requested that Genzyme perform a peripheral blood mosaicism study for a patient being treated in connection with her employment at the Louisiana State University Health Sciences Center, Department of Pathology, Cytogenetics Laboratory, in New Orleans, Louisiana.

15.

White received both a chromosome analysis and client invoice relating to the genetic testing requested. This invoice reflects that Genzyme customarily and routinely bills the following CPT codes for performing a peripheral blood mosaicism study: 88230 (Tissue culture for non-neoplastic disorders; lymphocyte), 88263 (count 45 cells for mosaicism), 88262 (count 15-20 cells, 2 karyotypes with banding), and 88291 (cytogenetics and molecular cytogenetics, interpretation and report).

16.

In reviewing the chromosome analysis and comparing it with the invoice, White discovered that the Genzyme billing system for performing genetic laboratory tests resulted in the charging of expenses for testing that were not performed, not furnished as billed, not billed properly and/or not medically necessary. In addition, White discovered that Genzyme customarily and routinely imposes charges for services not recommended by the American College of Medical Genetics.

17.

Specifically, White observed that Genzyme customarily bills CPT codes 88262 and 88263 in connection with performing a peripheral blood mosaicism study. The chromosome

6

analysis provided by Genzyme disclosed that 30 cells were counted, 3 Metaphases were Karyotyped, a total of 50 cells were screened, and that no significant or structural chromosome abnormalities were disclosed.   The CPT codes in the Genzyme invoice for which Genzyme demanded reimbursement reflected that 60-65 cells were counted and  4 Metaphases were Karyotyped.   Under the Cytogenetic Studies section of Current Procedural Terminology 2000 (CPT™), 4th edition, CPT codes 88230-88299, the American Medical Association does not list a code for the "screening" of cells.   Consequently, Genzyme sought reimbursement for services that were not performed, not furnished as billed, not billed properly and/or not medically necessary.

18.

White avers that rather than billing under CPT codes 88230, 88262 and 88263, and 88291 for the testing performed, Genzyme should have billed its testing under either CPT codes 88230, 88262, and 88285 (additional cells counted, each study) for a total of 30 cells counted, and 88280 (Chromosome analysis; additional karyotypes, each study) for a total of 3 karyotypes. This coding sequence would have resulted in the invoice accurately reflecting the services furnished and would have resulted in a lesser charge for the services performed by Genzyme.

19.

White also observed that Genzyme billed for CPT 88291, Cytogenetics and molecular cytogenetics, interpretation and report.   Pursuant to the 1998 American College of Medical Genetic Guidelines attached hereto as Exhibit "A", such code should only be used when results and interpretation of cytogenetic and molecular cytogenetic studies are abnormal and/or complex.   White is unaware of any subsequent amendments to this specification by the

7

American College of Medical Genetics that would validate usage of this code with non-abnormal and/or non-complex results of cytogenetic and molecular cytogenetic studies. The chromosome analysis result Genzyme provided White was neither complex nor did it disclose an abnormal result. Upon information and belief, Genzyme routinely bills for this code in performing cytogenetic and molecular cytogenetic testing regardless of whether the results and interpretation are abnormal and/or complex.

20.

Complainant avers that the performance of 3 karyotypes, rather than 2, serves no medical purpose. Since 1994, The College of American Pathologists' Accreditation Inspection Checklist for Cytogenetic Laboratories attached hereto as Exhibit "B" has provided as follows: "[f]or non-neoplastic (constitutional) samples, a minimum of 2 karyotypes per cell line must be generated. In case of mosaicism, this must be 2 per abnormal cell line and 1 per normal cell line. . ." In peripheral blood mosaicism studies where no abnormal cell line is identified, Question 09.4160 governs the number of karyotypes required for a completed study and provides as follows: "Blood specimens (non-neoplastic disorders), 2 per cell line minimum." Therefore, given the normal result obtained in the study performed by Genzyme, White avers that no apparent justification and/or medical necessity exists for performing 3 karyotypes in the instant case, rather than the minimum of 2 as required by accreditation standards, except for the purpose of imposing additional charges for medically unnecessary testing.

21.

Upon information and belief, Genzyme has requested and received excessive reimbursement from Medicare and Medicaid for the cost of performing genetic testing services

that were not performed, not furnished as billed and/or billed improperly.  Complainant avers that Genzyme routinely bills and is reimbursed by Medicare and Medicaid for peripheral blood mosaicism studies and possibly other genetic tests such that Genzyme is being reimbursed for testing services that were not performed, not furnished as billed, improperly billed, and/or not medically necessary.

22.

Upon information and belief, Genzyme has knowingly caused false claims to be submitted to Medicare and Medicaid by submitting invoices seeking reimbursement for peripheral blood mosaicism studies under CPT codes 88230, 8262 and 88263, and 88291 for the testing performed that Genzyme should have billed under either CPT codes 88230, 88262, 88285 (30 cells counted), and 88280 (3 karotypes).  The correct and accurate billing of the services performed would have resulted in a lesser charge for the services performed.

23.

Upon information and belief, Genzyme routinely bills Medicare and Medicaid for CPT 88291 in performing cytogenetic and molecular cytogenetic tests regardless of the whether the results and interpretation are abnormal and/or complex.  This also results in false claims being submitted to Medicare and Medicaid as such charges are not authorized unless the results and interpretation are abnormal and/or complex.

24.

Upon information and belief, the Genzyme practices described above have been imposed by Genzyme throughout the United States and began in 1996, with the exception of CPT 88291 which has been imposed since 1999.

9

25.

Upon information and belief, Genzyme has knowingly and willfully engaged in all of the above illegal practices.

26.

As a direct consequence of Genzyme's wrongful conduct, federal funds have been used to pay substantial and excessive amounts for genetic laboratory testing services not authorized, not performed, not furnished as billed and/or improperly billed.

## VIOLATIONS OF THE FALSE CLAIMS ACT

27.

Paragraphs 1 through 26 are incorporated as if fully set forth herein.

28.

Genzyme, knowingly or in reckless disregard or deliberate ignorance of the truth or falsity of the information involved:

1.  Presented or caused to be presented from 1996 to present to Medicare and Medicaid false or fraudulent claims for payment for genetic testing, in violation of, inter alia, 31 U.S.C. Section 3729.

2.  Made, caused or caused to be used after 1996 false or fraudulent records and statements to Medicare and Medicaid in order to get false or fraudulent claims for genetic testing paid or approved, in violation of, inter alia, 31 U.S.C. Section 3729; and

10

3.     Conspired beginning after 1996 to defraud the United States of America by causing false and fraudulent claims for peripheral blood mosaicism testing to be allowed and to be paid by Medicare and Medicaid.

29.

The United States of America, unaware of the falsity of the claims and/or statements and/or records made by Genzyme, and in reliance upon the accuracy of these claims for payment and/or statements and/or records, has paid invoices since 1996 for genetic testing services provided to recipients of federally funded health insurance programs not authorized, not performed, not furnished as billed, improperly billed, and/or not medically necessary.

30.

By such acts, Genzyme caused a severe monetary loss to the United States of America.

## PRAYER FOR RELIEF

31.

WHEREFORE, Relator, Lisa A. Robinson-White, on her own behalf and on behalf of the United States of America, requests and prays for relief against Defendant, Genzyme as follows:

1.     That defendant, Genzyme make full restitution to the United States of America of all monies wrongfully expended by the federal government in general and the Medicare and Medicaid programs and in particular, in connection with the defendant's wrongful and unlawful conduct described above;

2.     That defendant, Genzyme be assessed all fines, penalties, attorneys' fees and costs, pursuant to 31 U.S.C. §§ 3729 and 3730;

11

3.      That judgment be entered in Relator's favor against defendant in accordance

herewith and that Relator, Lisa A. Robinson-White be awarded the maximum

percentage of the proceeds collected in connection herewith allowed by law, plus

reasonable attorney's fees and costs; and

4.      For such other relief as this Court may deem appropriate.

## **DEMAND FOR JURY TRIAL**

32.

A jury trial is requested in this case.

Respectfully submitted,

_____

STEPHEN B. MURRAY (#9858)
ROBERT J. DILIBERTO (#24783)
DAMON A. KIRIN (#24729)   *T. A.*
MURRAY LAW FIRM
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112
Telephone: (504) 525-8100

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA, EX REL.,**            **CIVIL ACTION**
**LISA A. ROBINSON-WHITE**
**PLAINTIFF**                                     **NO.**

**VERSUS**                                        **SECTION**

**GENZYME GENETICS, INC.**
**DEFENDANT**                                     **MAGISTRATE**

### VERIFICATION

BEFORE ME, Notary Public, personally came and appeared:

### LISA A. ROBINSON-WHITE

relator in the foregoing Complaint, who, after being duly sworn, did depose and state that all of the

allegations contained in the foregoing complaint are true and correct to the best of her knowledge,

information and belief.

_____
**LISA A. ROBINSON-WHITE**

Sworn to and subscribed

before me, this 8th day

of June , 2001.

_____
NOTARY PUBLIC

## AMERICAN COLLEGE OF MEDICAL GENETICS

# NEW LABORATORY CPT CODES

Major revisions to the CPT coding of genetic testing have been approved by the AMA CPT Editorial Panel and go into effect on January 1, 1999. The following will provide you with the new CPT codes (new, modified and deleted) and offer an overview of how they might be combined or "stacked" to describe particular tests. There is also a brief discussion of important considerations in incorporating these into your laboratory's or institution's billing and reimbursement systems.

As a point of reference to facilitate reviewing the individual lists of codes, note the following. The codes are presented in two columns. The first shows the codes' 1998 status and language, while the second column shows this for 1999. Where a code did not exist in 1998, we have noted that in this column and inserted the language of the new code in the 1999 column. Deleted codes or modified codes have a line through the language being removed. When modified, the new language is underlined in the 1999 column. When a code description is indented, the first part of the code description is determined by the language of the code immediately preceding it. If that code is also indented, continue back through the codes to the first one which is not indented. The language preceding the semi-colon applies to each of the indented codes following it. Where the code has not changed, "same" is noted in the 1999 column. The codes for each of the areas of genetic testing are appended.

## CLINICAL CYTOGENETICS

**Overview:** There are several significant changes within the Cytogenetics codes. In general terms, the codes have been refocused to distinguish between testing for cancer vs. constitutional abnormalities. The major changes include 1) the addition of CPT codes to describe FISH tests, 2) a new code for cancer cytogenetic analyses, 3) a new pair of codes to describe the freezing of viable cell lines and their subsequent thawing and reestablishment in cell culture to be used for tests (usually biochemical) requiring viable cells which are commonly sent to reference laboratories. These codes will likely be used by cytogenetics laboratories or biochemical genetics laboratories. 4) There is also a new CPT code for the reporting and interpretation of results of cytogenetic and molecular cytogenetic testing which is generally used when results and interpretation are abnormal and/or complex.



**The CPT Codes:**  See appendix 1 for CPT codes 88230 - 88299.

**Example:**

A patient presents with an interrupted aortic arch and hypocalcemia.  Your laboratory is asked to consider a diagnosis of DiGeorge syndrome by performing a complete chromosome analysis and fluorescence in situ hybridization (FISH) testing for a microdeletion in 22q11.2 from a blood sample.

The CPT codes which describe this test are:

| | |
|---|---|
| 88230 | Lymphocyte cell culture |
| 88262 | Chromosome analysis; count 15-20 cells, 2 karyotypes, with banding |
| | USE IF CHROMOSOME ANALYSIS IS INCLUDED IN STUDY |
| 88271 | Molecular cytogenetics; DNA probe, each |
| | USE ONCE FOR EACH PROBE USED |
| 88271 | see above |
| | 2ND PROBE, IF USED |
| 88273 | Molecular cytogenetics; chromosomal in situ hybridization, analyze 1-30 cells |
| 88291 | Cytogenetic and molecular cytogenetics, interpretation and report |
| | IF RESULT REQUIRES COMPLEX INTERPRETATION |

## MOLECULAR DIAGNOSTICS

**Overview:**  The primary changes to this area involve generalizing language to cover nucleic acids rather than DNA and the addition of several codes reflecting more recent technologies used in molecular diagnosis.  Note that for the most part, the codes discussed here have been developed to apply to the analysis of the human genome since a significant number of new codes exist for the molecular identification of infectious agents (see 87470-87799).  However, the availability of codes for specific infectious agents does not necessarily preclude the use of codes within this area.

**The CPT Codes:**  See appendix 2 for CPT codes 83890 - 83912.

**Example:**

A newborn presents with meconium ileus.  From a blood sample, test for mutations in the CFTR gene associated with cystic fibrosis.  Your laboratory does this test using DNA sequencing.  You test for 5 mutations that lie within 5 independent stretches of DNA that are individually amplified by PCR.  The CPT codes which describe this test are:

| | |
|---|---|
| 83890 | molecular isolation or extraction |
| 83901 | amplification of patient nucleic acid, (e.g.; PCR), single primer pair, each primer pair<br>USE THIS CODE 5 TIMES FOR EACH PRIMER PAIR USED TO AMPLIFY |
| 83904 | mutation identification by sequencing, single segment, each segment<br>USE THIS CODE 5 TIMES FOR EACH SEGMENT SEQUENCED |
| 83912 | Interpretation and reporting |

## BIOCHEMICAL GENETICS

**Overview:**  The goal for reworking the CPT coding for Biochemical Genetics was to move away from listing individual amino acids or organic acids, some of which have CPT codes already, to a more general approach.  Further, we wanted to provide for qualitative and quantitative assays, for single analytes, multiple analytes and profiles, and to have the newer technologies more common to our field included.  A few new analytes common to biochemical genetic testing have also been added.  Note that new and modified codes are available in the cytogenetics section for cell culture.  The language has been changed such that cell culture isn't specifically for the purpose of cytogenetic testing but, rather, is for testing for either non-neoplastic or neoplastic disorders.  Further, codes for cryopreservation as well as the thawing and reestablishment of cell lines, often needed for sequential distribution of cells to reference laboratories, are available.

Lastly, a code for interpretation and reporting was proposed, but denied.  The reasoning was that this activity is commonly a professional service component that is performed in the course of a consultation and, therefore, billable under that group of services.

The CPT Editorial Panel recently decided to incorporate all of our new codes into the chemistry section rather than have a subsection on Biochemical Genetics in order to accommodate others using these codes.

**The CPT Codes:** See appendix 3 for the list of CPT codes in the Biochemical Genetics area. Note that this list is not all-inclusive due to the number of analytes in the existing CPT code book. Rather, the lists reflect codes which are new or modified only and applicable to this area of testing. For those codes for which the description of the code states "analyte not specified elsewhere" the existing analyte code description likely includes the analytical technique historically used for that test. You would stack the new codes in instances in which you apply a new analytical code. Lastly, the term "specimen" has been used to allow for the testing of multiple tissues in situations in which the ratio between tissues is important or multiple tissue assessments are clinically relevant.

**Example:**

Your laboratory is asked to analyze a urine specimen for acylcarnitines. The test done in your laboratory involves profiling the carnitine esters using fast atom bombardment and electrospray ionization coupled with tandem mass spectrometry.

The CPT codes which describe this test are:

| | |
|---|---|
| 82016 | Acylcarnitines; qualitative, each specimen |
| 83788 | Mass spectrometry and tandem mass spectrometry |

## GENERAL

**Important considerations:** The availability of particular CPT codes does not necessarily guarantee their reimbursement. In most situations, diagnostic coding (ICD) must support the use the test in any particular situation. Also, note that no relative value units (RVUs) have been assigned to the base code for reporting and interpretation of complex cytogenetic results. RVUs are assigned to professional services while the reimbursement for analytical codes is assigned by the Health Care Financing Administration (HCFA). In general terms, professional services are considered those reimburseable to an individual with a UPN, a number which identifies a physician within the Medicare system. Hence, only physicians can be reimbursed for the use of this code when Medicare is billed. This does not necessarily preclude their use being built into contracts with referral bases. We are beginning to pursue acquiring restricted licenses for Board-certified Ph.D. lab directors, which would allow them to bill for professional services within their area of certification. This would parallel the actions in a few states in which this privilege already exists.

American College of Medical Genetics

# APPENDIX 1: CLINICAL CYTOGENETICS CPT CODES

| 1998 CPT Code(s) | 1999 CPT Code(s) |
|---|---|
| 88230 Tissue culture for chromosome analysis; lymphocytes | 88230 Tissue culture for non-neoplastic disorders ~~chromosome analysis~~; lymphocyte |
| 88233 skin or other solid tissue biopsy | 88233 SAME; BUT NOW FOR NON-NEOPLASTIC |
| 88235 amniotic fluid or chorionic villus cells | 88235 SAME; BUT NOW FOR NON-NEOPLASTIC |
| 88237 Tissue culture for chromosome analysis; bone marrow (myeloid) cells | 88237 Tissue culture for neoplastic disorders; bone marrow ~~(myeloid)~~, blood cells |
| 88239 other tissue | 88239 other tissue solid tumor |
| NONE - new code | 88240 Cryopreservation, freezing and storage of cells, each cell line |
| NONE - new code | 88241 Thawing and expansion of frozen cells, each aliquot |
| 88245 Chromosome analysis for breakage syndromes; score 25 cells (SCE study),count 5 cells, 1 karyotype, with banding | 88245 Chromosome analysis for breakage syndromes; ~~score 25 cells (SCE study) count 5 cells, 1 karyotype, with banding (eg, Bloom syndrome)~~ baseline Sister Chromatid Exchange (SCE), 20-25 cells |
| 88248 score 100 cells, count 20 cells, 2 karyotypes, with banding (eg, ataxia telangiectasia, Fanconi anemia) | 88248 baseline breakage, score 50 - 100 cells, count 20 cells, 2 karyotypes, ~~with banding~~ (eg, for ataxia telangiectasia, Fanconi anemia, fragile X) |

American College of Medical Genetics

| | | | |
|---|---|---|---|
| | NONE - new code | 88249 | score 100 cells, clastogen stress, (eg, diepoxybutane, mitomycin C, ionizing radiation, UV radiation) |
| 88250 | Chromosome analysis for fragile X linked mental retardation, score 100 cells, count 20 cells, 2 karyotypes with banding | 88250 | ~~Chromosome analysis for fragile X linked mental retardation, score 100 cells, count 20 cells, 2 karyotypes, with banding~~<br><br>CODE DELETED - SEE 88248 |
| 88260 | Chromosome analysis, count 5 cells, screening with banding | 88260 | ~~Chromosome analysis, count 5 cells, screening with banding~~<br><br>CODE DELETED |
| 88261 | count 5 cells, 1 karyotype, with banding | 88261 | Chromosome analysis, count 5 cells, 1 karyotype, with banding |
| 88262 | count 15-20 cells, 2 karyotypes, with banding | 88262 | SAME |
| 88263 | count 45 cells for mosaicism, 2 karyotypes, with banding | 88263 | SAME |
| 88264 | NONE - new code | 88264 | analyze 20-25 cells |
| 88267 | Chromosome analysis, amniotic fluid or chorionic villus, count 15 cells, 1 karyotype, with banding | 88267 | SAME |
| 88269 | Chromosome analysis, in situ for amniotic fluid or chorionic villus, count 15 cells, 1 karyotype, with banding | 88269 | SAME |

American College of Medical Genetics

| | |
|---|---|
| NONE - new code | 88271 Molecular cytogenetics; DNA probe, each (eg, FISH) |
| NONE - new code | 88272    chromosomal in situ hybridization, analyze 3-5 cells, (eg for derivatives or markers) |
| NONE - new code | 88273    chromosomal in situ hybridization, analyze 10-30 cells (eg, for microdeletions |
| NONE - new code | 88274    interphase in situ hybridization, analyze 25-99 cells |
| NONE - new code | 88275    interphase in situ hybridization, analyze 100-300 cells |
| 88280 Chromosome analysis; additional karyotypes, each analysis | 88280    SAME |
| 88283    additional specialized banding technique (eg, NOR C-banding) | 88283    SAME |
| 88285    additional cells counted, each study | 88285    SAME |
| 88289    additional high resolution study | 88289    SAME |
| 88291    NONE - new code | 88291 Cytogenetics and molecular cytogenetics, interpretation and reporting |
| 88299    Unlisted cytogenetics study | 88299    SAME |

American College of Medical Genetics

## √APPENDIX 2: MOLECULAR DIAGNOSTICS CPT CODES

| 1998 CPT Code(s) | 1999 CPT Code(s) |
|---|---|
| 83890 Molecular diagnostics; molecular isolation or extraction | 83890 Molecular diagnostics; molecular isolation or extraction |
| NONE - new code | 83891 isolation or extraction of highly purified nucleic acid |
| 83892 enzymatic digestion | 83892 enzymatic digestion |
| NONE - new code | 83893 dot/slot blot production |
| 83894 separation (eg, dot blot, electrophoresis | 83894 separation by gel electrophoresis (eg, ~~dot blot, electrophoresis~~ agarose, polyacrylamide |
| 83896 nucleic acid probe, each | 83896 SAME |
| NONE - new code | 83897 nucleic acid transfer (eg, Southern, Northern) |
| 83898 Molecular diagnostics; amplification, eg, polymerase chain reaction (PCR) | 83898 ~~Molecular diagnostics;~~ amplification, eg, polymerase chain reaction, each of patient nucleic acid (eg, PCR, LCR, RT-PCR), single primer pair, each primer pair |
| NONE - new code | 83901 amplification of patient nucleic acid, multiplex, each multiplex reaction |
| 83902 reverse transcription | 83902 SAME |

American College of Medical Genetics

| | | | |
|---|---|---|---|
| | NONE - new code | 83903 | mutation scanning, by physical properties (eg, single strand conformational polymorphisms (SSCP), heteroduplex, denaturing gradient gel electrophoresis (DGGE), RNA'ase A), single segment, each |
| | NONE - new code | 83904 | mutation identification by sequencing, single segment, each segment |
| | NONE - new code | 83905 | mutation identification by allele specific transcription, single segment, each segment |
| | NONE - new code | 83906 | mutation identification by allele specific translation, single segment, each segment |
| 83912 | interpretation and reporting | 83912 | SAME |

American College of Medical Genetics

## APPENDIX 3: CLINICAL BIOCHEMICAL GENETICS CPT CODES

| 1998 CPT Code(s) | 1999 CPT Code(s) |
|---|---|
| NONE - new code | 82016 Acylcarnitines, qualitative, each specimen |
| NONE - new code | 82017         quantitative, each specimen |
| NONE - new code | 82127 Amino acids; single, qualitative, each specimen |
| 82128 Amino acids; qualitative | 82128 ~~Amino acids,qualitative~~ multiple, qualitative, each specimen |
| 82130 Amino acids; urine or plasma, chromatographic fractionations | 82130 ~~Amino acids; urine or plasma chromatographic fractionations~~<br><br>DELETED - see 82131,82136<br>                   82139 |
| 82131 Amino acids, quantitation, each | 82131 ~~Amino acids~~, single qualitative, each specimen |
| NONE - new code | 82136 Amino acids, 2 to 5 amino acids, quantitative, each specimen |
| NONE - new code | 82139 Amino acids, 6 or more amino acids, quantitative, each specimen |
| NONE - new code | 82261 Biotinidase, each specimen |
| NONE - new code | 82379 Carnitine (total and free), quantitative, each specimen |
| 82486 Chromatography, qualitative; column (eg, gas liquid or high performance liquid chromatography), analyte not elsewhere specified | 82486 Chromatography, qualitative; column (eg, gas liquid or HPLC ~~high performance liquid chromatography~~), analyte not elsewhere specified |

American College of Medical Genetics

| 82491 Chromatography, quantitative, column (eg, gas liquid or high performance, liquid chromatography) analyte not elsewhere specified, single stationary and mobile phase | 82491 Chromatography, quantitative, column (eg, gas liquid or ~~high performance liquid chromatography~~ HPLC; single analyte not elsewhere specified, single stationary and mobile phase |
|---|---|
| NONE - new code | 82492      multiple analytes, single staionary and mobile phase |
| NONE - new code | 82541 Column chromatography/mass spectrometry (eg, GC/MS, or HPLC/MS), analyte not elsewhere specified, single stationary and mobile phase |
| NONE - new code | 82542      quantitative, single stationary and mobile phase |
| NONE - new code | 82543      stable isotope dilution, single analyte, quantitative, single stationary and mobile phase |
| NONE - new code | 82544      stable isotope dilution, multiple analytes, quantitative, single stationary and mobile phase |
| NONE - new code | 82657 Enzyme activity in blood cells, cultured cells, or tissue, not elsewhere specified; nonradioactive substrate, each specimen |
| NONE - new code | 82658      radioactive substrate, each specimen |
| NONE - new code | 82726 Very long chain fatty acids |
| NONE - new code | 83070 beta-hexosaminidase, each assay |

American College of Medical Genetics

| | |
|---|---|
| NONE - new code | 83788 Mass spectrometry and tandem mass spectrometry (MS, MS/MS), analyte not elsewhere specified; qualitative, each specimen |
| NONE - new code | 83789      quantitative, each specimen |
| NONE - new code | 83918 Organic acids; quantitative, each specimen |
| NONE - new code | 83919      qualitative, each specimen |
| NONE - new code | 84376 Sugars (mono-, di, and oligosaccharides); single qualitative, each specimen |
| NONE - new code | 84377      multiple qualitative, each specimen |
| NONE - new code | 84378      single quantitative, each specimen |
| NONE - new code | 84379      multiple quantitative, each specimen |

PROCEDURES AND TESTS

|  | PHASE | QUESTION NUMBER | CIRCLE ONE |
|---|---|---|---|

NEW
Are control specimens tested in the same way
as patient samples?                           II   09.4035   N/A (YES) NO

NEW
Are results of controls verified for
acceptability prior to the reporting of
results?                                      II   09.4037   N/A (YES) NO

-------------------------------------------------------------------

NUMBER OF CELLS COUNTED

-------------------------------------------------------------------

Is the minimum number of CELLS COUNTED
sufficient?                                          N/A (YES) NO

NOTE:  Cells should be distributed as equally as possible between at
least two independently established cultures.  If the above question
is answered "NO," circle the number(s) of the specific deficiency in
the questions under this NUMBER OF CELLS COUNTED header.

    Is the microscopically counted cell sample
    and selection technique sufficient to
    exclude 10% mosaicism with 90% confidence?  II   09.4040

    Blood (non-neoplastic disorders), 20 cell
    minimum?  (When mosaicism is suspected, a
    total of 30 or more cells must be
    counted.)                                   II   09.4050

    Amniotic fluid - In situ, 15 colonies
    minimum?                                    II   09.4060

    NOTE:  The number of cells counted should be distributed as equally
    as possible for amniotic fluid samples.

    Amniotic fluid - Flasks, 20 cell minimum?   II   09.4070



PLAINTIFF'S
EXHIBIT
"B"

tobbler

|  | PHASE | QUESTION NUMBER | CIRCLE ONE |
|---|---|---|---|

Solid tissue specimens (non-neoplastic), 5
cell minimum?                                    II   09.4140


Bone marrow/blood specimens (neoplastic
disorders), 20 cells, if possible?               II   09.4150

-------------------------------------------------------------------

NUMBER OF KARYOTYPES

-------------------------------------------------------------------

An adequate number of karyotypes must be generated per case.

Is the minimum number of metaphases KARYOTYPED
per cell line sufficient?                        N/A  YES  NO

NOTE:  For non-neoplastic (constitutional) samples, a minimum of 2
karyotypes per cell line must be generated.  In case of mosaicism,
this must be 2 per abnormal cell line and 1 per normal cell line.  If
the above question is answered "NO," circle the number(s) of the
specific deficiency under this NUMBER OF KARYOTYPES header.


Blood specimens (non-neoplastic
disorders), 2 per cell line minimum?             II   09.4160


Amniotic fluid samples - in situ/flasks, 2
per cell line minimum?                           II   09.4170


Chorionic villus samples, 2 per cell line
minimum?                                         II   09.4180


Solid tissue (non-neoplastic), 2 per cell
line minimum?                                    II   09.4190


Bone marrow/blood specimens (neoplastic
disorders), 2 karyotypes per mainline and
1 karyotype each from pertinent sidelines?       II   09.4200